UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

vs.                                  Case No.: 3:26cr36-TKW

MIGUEL MORALES,
    Defendant.

_____/

## DETENTION ORDER

Defendant moved the Court to reopen the detention hearing in this matter based on new information (Doc. 34).  The Court granted that request and reopened the detention hearing on August 7, 2026.

After considering the evidence presented and the arguments of counsel, the Court determined that continued detention was warranted because the government had shown by clear and convincing evidence that there were no conditions of release that would reasonably assure the safety of the community.  18 U.S.C. § 3142(e).  The Court made that determination after considering the factors set forth in 18 U.S.C. § 3142(g).  At the conclusion of the detention hearing, the Court fully discussed the § 3142(g) factors and explained why they favored detention this case.   Accordingly, for the reasons set forth on the record at the hearing, Defendant is committed to the custody of the Attorney General or his designated representative pending further proceedings in this case.  To the extent practicable, Defendant shall be kept separate

from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**SO ORDERED** this 7th day of August 2026.

s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge